USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES M. PALAZZO,

Plaintiff,

-against-

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

Defendant.

No. 22-cv-07422-NSR-PED

**ORDER GRANTING MOTION FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b)**

NELSON S. ROMÁN, United States District Judge:

Upon review of the moving papers, Plaintiff James M. Palazzo's motion for attorney's fees is GRANTED without opposition.[1] It is hereby ordered that Plaintiff's counsel shall be entitled to attorney's fees plus costs in the sum of $17,399.00, pursuant to 42 U.S.C. § 406(b). Said funds are to be disbursed from the retroactive benefits that are currently being withheld from the Social Security Administration which were awarded to Plaintiff and are consistent with counsel's Retainer Agreement signed by Plaintiff. The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 24 and close the case.

Dated: October 21, 2026
White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

[1] Plaintiff's request to be allowed to file a supplemental petition for the additional amounts withheld, up to the statutory 25%, if the Commissioner issues corrected award notices regarding the auxiliary beneficiaries is also granted.